UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00347-MOC-DCK

| | |
|---|---|
| **JOEL I. ANDERSON**, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| **S B & J ENTERPRISES, INC.**, | ) |
| Defendant. | ) |

**UPON CONSIDERATION** of the Parties' Joint Motion for Approval of FLSA Settlement, (Doc. No. 11), the Motion is **GRANTED.**

### ORDER

**IT IS, THEREFORE, ORDERED** that:

(1) the Parties' proposed Settlement is **APPROVED**, including the payment to Plaintiff, the release of claims, and payment of attorneys' fees as set forth therein; and

(2) the action is **DISMISSED** in its entirety <u>with prejudice</u>.

Signed: May 6, 2022

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge